FILED
MAY 27 2020
Clerk, U.S. District Court
District Of Montana
Missoula

TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
105 East Pine St., 2nd Floor
Missoula, MT 59801
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
Fax: (406) 542-1476
Email: Tim.Racicot2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RUSSELL SCOTT WILKEY, Defendant. | CR 20- 5 -H- CCL <br><br> INDICTMENT <br><br> PROHIBITED PERSON IN POSSESSION OF A FIREARM <br> Title 18 U.S.C. § 922(g)(8) <br> (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) <br><br> FORFEITURE <br> Title 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

That on or about October 28, 2019, at Three Forks and within Broadwater County, in the State and District of Montana, the defendant, RUSSELL SCOTT WILKEY, knowing he was subject to a court order issued by the Twentieth

1

Judicial Circuit Court, Glades County, Florida, on October 21, 2015, case number 2015-129DR, and which was issued after a hearing of which he received actual notice and at which he had an opportunity to participate, said order restraining him from harassing, stalking, and threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use and threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(8).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, RUSSELL SCOTT WILKEY, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense. The property to be forfeited includes, but is not limited to, the following:

1. A Leinad Inc., model DD, 45/410 bore, Derringer pistol (serial number M00029221);

2. A Savage, model Springfield 187N, 22 caliber rifle; and,

3. Two rounds of Remington 45/410 caliber ammunition.

///

///

///

A TRUE BILL.

███████████████

(for) _____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Warrant issued: 5/28/20