# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-05-H-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| RUSSELL SCOTT WILKEY, | |
| Defendant. | |

Defendant Wilkey having filed a Motion to Waive Appearance or to Allow Appearance by Telephone the government not opposing the motion, and good cause appearing. Therefor, **IT IS HEREBY ORDERED** that Defendant Wilkey's motion is GRANTED. Defendant Wilkey is permitted to waive his appearance at the motions hearing / appear by telephone at the motion hearing set for Tuesday, July 28, 2020, at 10:00 a.m.  Defense counsel will contact the Clerk of Court for the call-in instructions for Defendant Wilkey's telephonic appearance.

DATED this 27th day of July, 2020.

_/s/ Brian Morris_
Brian Morris, Chief District Judge
United States District Court