IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL SCOTT WILKEY,<br><br>Defendant. | CR 20-05-H-BMM<br><br><br><br>ORDER |

The United States' has filed a motion seeking authorization for two witnesses to testify telephonically at the final revocation hearing in this matter. The defense does not oppose the motion. The Court finds there is good cause supporting the motion.

Accordingly, IT IS HEREBY ORDERED that the United States Motion for Witnesses to Appear Telephonically, is GRANTED. The United States is directed to contact the Clerk's office to arrange the call-in procedures for the witnesses.

DATED this 10th day of June, 2021

Brian Morris, Chief District Judge
United States District Court